**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>MARIA ESTHER HERNANDEZ-ESQUIVEEL<br>DEFENDANT(S). | CASE NUMBER<br>2:25-mj-03202-DUTY<br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant, IT IS ORDERED that a detention hearing is set for September 28, 2026, at 1:30 ☐a.m. / ☒p.m. before the Honorable Stephanie S. Christensen, in Courtroom 640.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ____________________ and produced for the hearing.
*(Other custodial officer)*

Dated: September 25, 2026

U.S. District Judge/Magistrate Judge